# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4101
_____

AUSTIN LEAVITT,

Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

Respondent.

_____

Petition for Writ of Certiorari.

May 2, 2018

PER CURIAM.

DENIED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioner.

Christie S. Utt, General Counsel, and Brandi Y. Thompson, Assistant General Counsel, Tallahassee, for Respondent.